IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, | : : | CIVIL ACTION |
| Plaintiff, | : : | NO.: 3:22-cv-00483-MAS-RLS |
| v. | : : | |
| LUCAS CONSTRUCTION GROUP, INC., | : : | |
| Defendant. | : : : : | |

**STIPULATION TO DISMISS WITH PREJUDICE**

It is hereby stipulated and agreed by and among plaintiff, Starr Indemnity & Liability Company and defendant, Lucas Construction Group, Inc. that this matter is dismissed with prejudice pursuant to F.R.Civ.P. 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

**COHEN, SEGLIAS, PALLAS,
        GREENHALL & FURMAN, P.C.**

BY: ___/s/ Jonathan A. Cass_____
    **Jonathan A. Cass, Esquire**
    *Attorney for Defendant,*
    *Lucas Construction Group, Inc.*
    1600 Market Street, 32nd Floor
    Philadelphia, PA 19103
    Office: 215-564-1700
    Email: jcass@cohenseglias.com

*STARR INSURANCE
HOLDINGS, INC.*

BY: ___/s/ Marc P. Madonia_____
    **Marc P. Madonia, Esquire**
    *Attorney for Plaintiff,*
    *Starr Indemnity & Liability Company*
    399 Park Avenue, 3rd Floor
    New York, NY 10022
    Office: 646-227-6316
    Email: marc.madonia@starrcompanies.com

So Ordered this 22nd day of August, 2022.

_/s/ Shipp_____
**Honorable Michael A. Shipp, U.S.D.J.**