DocuSign Envelope ID: 0F4E2F9D-2160-4784-8562-26A2DADBEF25

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, | : | CIVIL ACTION |
| Plaintiff, | : | NO.: 3:22-cv-00483-MAS-RLS |
| v. | : | |
| LUCAS CONSTRUCTION GROUP, INC., | : | |
| Defendant. | : | |

**STIPULATION TO DISMISS WITH PREJUDICE**

It is hereby stipulated and agreed by and among plaintiff, Starr Indemnity & Liability Company and defendant, Lucas Construction Group, Inc. that this matter is dismissed with prejudice pursuant to F.R.Civ.P. 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

**COHEN, SEGLIAS, PALLAS,   STARR INSURANCE
  GREENHALL & FURMAN, P.C.   HOLDINGS, INC.**

BY: /s/ Jonathan A. Cass            BY:   /s/ Marc P. Madonia
   **Jonathan A. Cass, Esquire**                **Marc P. Madonia, Esquire**
   *Attorney for Defendant,*                     *Attorney for Plaintiff,*
   *Lucas Construction Group, Inc.*              *Starr Indemnity & Liability Company*
   1600 Market Street, 32nd Floor                399 Park Avenue, 3rd Floor
   Philadelphia, PA 19103                        New York, NY 10022
   Office: 215-564-1700                          Office: 646-227-6316
   Email: jcass@cohenseglias.com                 Email: marc.madonia@starrcompanies.com

**So Ordered this 23rd day of March, 2023.**

_____
**Honorable Michael A. Shipp, U.S.D.J.**